**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | **CIVIL ACTION** |
| **Plaintiff** | * | **NUMBER:  20-3395** |
| **v.** | * | **JUDGE** |
| **0.104 ACRES of LAND, MORE or LESS,** | * | **MAGISTRATE** |
| **SITUATE in PLAQUEMINES PARISH,** | | |
| **LOUISIANA, AND MAE ELVIA COLEMAN** | * | **TRACT NO. 341E** |
| **GROSS, ET AL** | | |
| | * | |
| **Defendants** | | |
| | * * * | |

## COMPLAINT IN CONDEMNATION

1.  This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2.  The authority for the taking are set forth in Schedule "A" annexed hereto and made a part hereof.

3.  The uses for which the property is to be taken and the property to be taken, the estates to be taken and the names and addresses of the persons having or claiming an interest in said property are described in Schedules "B", "C", "D",  "E",  "F"and "G" annexed hereto and made a part hereof.

4.  Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.gov

SCHEDULE A

Tract No. 341E

**AUTHORITY FOR THE TAKING:**

The authority for the taking of the interest in land is under and in accordance with 40 U.S.C. §§ 3113 and 3114; 33 U.S.C. §§ 591 and 594; and 33 U.S.C. § 701n, which authorizes the repair and rehabilitation of any flood control work threatened or destroyed by flood; Section 203 of the Flood Control Act of 1962, Pub. L. No. 87-874, 76 Stat. 1173, 1184, as amended, which authorized the hurricane flood protection project on the Mississippi River Delta at and below New Orleans, Louisiana, now known as the New Orleans to Venice Hurricane Protection Project; and Chapter 3 of Title I of Division B of the Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680, 2762-2763, which Act made funds available for such purposes.

SCHEDULE B

Tract No. 341E

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair and rehabilitation of the New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines Parish, Louisiana, and for such other use as may be authorized by Congress or by Executive Order.

SCHEDULE C

Tract No. 341E

**LEGAL DESCRIPTION:**

**A CERTAIN TRACT OF LAND**, designated as Tract No. 341E, together with any and all buildings, improvements and appurtenances thereon, located in Section 2, Township 20 South, Range 29 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

For a POINT OF REFERENCE (P.O.R.), commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 849+51.24, having coordinate values of x=3840024.7473 and y=322406.2708, thence run South 58 degrees, 21 minutes, 48 seconds East along said Buras Levee District baseline a distance of 1679.20 feet to a point, thence run South 33 degrees, 27 minutes, 57 seconds West a distance of 83.96 feet to the POINT OF BEGINNING (P.O.B.), having coordinate values of x=3841408.1069 and y=321455.4439.

From the POINT OF BEGINNING, run South 58 degrees, 39 minutes, 25 seconds East, a distance of 85.58 feet; thence run South 20 degrees, 33 minutes, 17 seconds East, a distance of 11.38 feet; thence run South 33 degrees, 27 minutes, 57 seconds West, a distance of 45.60 feet; thence run North 66 degrees, 06 minutes, 23 seconds West, a distance of 39.30 feet; thence run North 31 degrees, 21 minutes, 59 seconds West, a distance of 61.85 feet; thence run North 33 degrees, 27 minutes, 57 seconds East, a distance of 29.35 feet; to the point of beginning.

The above described tract **0.104 acres, more or less**.

Being the same property acquired by Donas and Rose Coleman from Ernest Alberti by Act of Sale dated October 1, 1927 which is registered in Book 65, folio 299 in the records of Plaquemines Parish, Louisiana.

SCHEDULE D

<u>Tract No. 341E</u>



SCHEDULE E

Tract No. 341E

**ESTATE TAKEN:**

A perpetual and assignable right and easement to construct, maintain, repair, operate,

patrol and replace a flood protection levee, including all appurtenances thereto; reserving,

however, to the owners, their heirs and assigns, all such rights and privileges in the land as may

be used without interfering with or abridging the rights and easement hereby acquired; subject,

however, to existing easements for public roads and highways, public utilities, railroads and

pipelines.

SCHEDULE F

<u>Tract No. 341E</u>

**ESTIMATE OF JUST COMPENSATION:**

      The estimated just compensation to be deposited in the Registry of the Court:  One Thousand Eight Hundred and no/100 dollars ($1,800).

SCHEDULE G

Tract No. 341E

**NAMES AND ADDRESSES OF INTERESTED PARTIES:**

Mae Coleman Gross
*aka* Mae Elvia Coleman Gross
*aka* Mae Elvina Coleman Gross
127 Grambling Court
Avondale, Louisiana  70094

Merline Coleman Payton
9869 Yellowstone Avenue
Baton Rouge, Louisiana  70814

Robert Coleman, Jr.
20150 Hickory Lane
Amite, Louisiana  70422

Windell Coleman
*aka* Wendell Coleman
2845 Warrenton Way
Colorado Springs, Colorado  80922

Stephanie Coleman
*aka* Stephanie Coleman Richard
2608 Jupiter Street
Harvey, Louisiana  70058

Debra Coleman Jones
*aka* Debra Ann Coleman Jones
683 Deer Run Trail
Shorter, Alabama  36075

Clayton Williams Energy, Inc.
through its Registered Agent
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana  70808

Robert Johnson
*aka* Roberto Johnson
*aka* Robert C. Johnson
2858 75th Avenue
Baton Rouge, Louisiana  70807

Dorothy Johnson
2858 75th Avenue
Baton Rouge, Louisiana  70807

Doris Mae Stewart
*aka* Doris Johnson Stewart
2121 N. Lobedell, Bldg. 1
Baton Rouge, Louisiana 70806

Pleasine Powell
*aka* Plasine Johnson Powell
123 Rachel Street
Natchitoches, Louisiana  71457

Roger O. Coleman
P.O. Box 1697
Gilbert, Arizona 85204

Fred Coleman, Jr.
*aka* Freddie Coleman, Jr.
34471 Highway 11
Buras, LA 70041

James Steven Coleman
*aka* James Stevens Coleman
P.O. Box 532
Taylorsville, Mississippi  39168

Carrol D. Coleman
*aka* Carroll Coleman
1022 La Nina Ave.
Breaux Bridge, LA 70517

Melinda T. Coleman
*aka* Melinda Terry Coleman
1022 La Nina Ave.
Breaux Bridge, Louisiana  70517

SCH G, Page 2

Melody A. Coleman
*aka* Melody Ann Coleman
P.O. Box 234
Breaux Bridge, Louisiana  70517

Brenda M. Coleman
*aka* Brenda Marie Coleman
2721 Bruxelles St.
New Orleans, Louisiana 70119

Sybil Coleman Agee
*aka* Sybil Fay Coleman
*aka* Sybil C. Agee
P.O. Box 532
Taylorsville, Mississippi  39168

Barbara Jones Harrell
*aka* Barbara Jones Wisham
8275 Vincent Road
Denham Springs, Louisiana  70726

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Rosemary Jones Vaughn
Addresses Unknown

Kendra Vaughn Jones                                    Heir of Rosemary Jones Vaughn
12201 Mara Lynn Road, Apt. 4106
Little Rock, Arkansas  72211

Kerbert Carter Vaughn, Jr.                             Heir of Rosemary Jones Vaughn
4020 S. Windmere Street
Harvey, Louisiana  70058

Carolyn Jones Parker
29973 Highway 23
Port Sulphur, Louisiana 70083

Henrietta Jones Turner
110 Edward Lane
Port Sulphur, Louisiana  70083

SCH G, Page 3

Emile Joseph Foster, III
3719 Pittair Street
New Orleans, Louisiana  70131

Clifton Raye
2324 Oakmere Drive
Harvey, Louisiana  70058

Eric K. Jones
2228 Sagona Road
Donaldsonville, Louisiana  70346

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Victor Jones, Jr.
*aka* Victor Jones
Addresses Unknown

Angel Jones                                              Heir of Victor Jones, Jr.
1711 Lane Street
Los Angeles, California  94124

Claude Jones
112 Victor Drive
Empire, Louisiana  70050

Claudette Jones Reddick
112 Victor Drive
Empire, Louisiana  70050

Leatrice Jones LaFrance
24567 Diamond Road
Port Sulphur, Louisiana  70041

Loretta Jones Henry
*aka* Loretta Jones
2804 Austin Street, Lot 43
Orange, Texas  77630

Cal LaFrance
P.O. Box 613
Boothville, Louisiana  70038

SCH G, Page 4

Joshua LaFrance
37028 Highway 11
Buras, Louisiana  70041

Yasheka LaFrance
16411 South Harrell's Ferry Road #2904
Baton Rouge, Louisiana  70816

Mark Jones, DOC# 306583
P.P.C.C. PO Box 650
Pine Prairie, Louisiana  70576

Kendrell Jones
915 Saint Ann Street
Saint Martinville, Louisiana 77520

Jesse Jones
Address Unknown

Angelina Jones
413 North 3rd Street
LaPorte, Texas  77571

Gail R. Encalade
*aka* Gail Riley Encalade
2957 Blair Street
New Orleans, Louisiana  70131

Velma R. Ducre
*aka* Velma Riley Ducre
25657 W. Sycamore Street
Lacombe, Louisiana  70445

Stanley Riley
*aka* Stanley N. Riley
2047 N. Dorgenois Street
New Orleans, Louisiana  70119

Dale N. Russell
Address Unknown

Robbie L. Russell
*aka* Robby Russell
*aka* Bobby Russell
*aka* Robert Russell

193 Naomi Drive, Lot 20
Belle Chasse, Louisiana  70037

Zimbary L. Brown, Jr.
937 W. Monterey Court, Apt. C.
Gretna, Louisiana  70056

Kitty R. Jamison
*aka* Kitty R. Jameson
12020 N. Gessner Road, Apt. 8108
Houston, Texas  77064

Hope R. Encalade
3936 E. Bamboo Drive
Harvey, Louisiana  70058

LaDawn B. Parker
2520 Oakmere Drive
Harvey, Louisiana  70058

The Succession of Nathaniel James Riley
c/o Naketa Riley, Administrator
P.O. Box 770
Port Sulphur, Louisiana  70083

James Jones
940 Wyndham South
Gretna, Louisiana  70056

Pearl Jones Morris
2817 Andover Street
New Orleans, Louisiana  70121

Royal Coleman, Jr.
Address Unknown

Michael C. Coleman
Address Unknown

Anthony Coleman
23 Davenport Street
Waggaman, Louisiana  70094

Adrienne Coleman
Address Unknown

Diele Coleman
*aka* Diele Coleman Turner
*aka* Diela Coleman
*aka* Dielle Coleman Turner
6001 Ranchester Drive #9
Houston, Texas  77036

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Clarence Franklin
Addresses Unknown

Bobbie Franklin                                        Heir of Clarence Franklin
1766 Bairsford Drive
Columbus, Ohio  43232

Charles Franklin, Sr.                                  Heir of Clarence Franklin
4820 Warrington Drive
New Orleans, Louisiana  70122

Joseph Franklin                                        Heir of Clarence Franklin
3008 N. Palm Drive
Slidell, Louisiana  70458

Sandra Franklin                                        Heir of Clarence Franklin
*aka* Sandra Franklin Williams
169 Reitzell Road
Grayson, Louisiana  71435

Shun Franklin                                          Heir of Clarence Franklin
425 State Street, Apt. LP
LaPlace, Louisiana  70068

Thaddeus Franklin                                      Heir of Clarence Franklin
428 State Street, Apt. LP
LaPlace, Louisiana  70068

SCH G, Page 7

Clarence White
Address Unknown

Heir of Clarence Franklin

Sheryl F. Taylor
Address Unknown

Heir of Clarence Franklin

Terry Green
P.O. Box 13045
New Orleans, Louisiana  70185

Jerry Green
175-B Olivera Drive
Vacaville, California  95688

Gerry Green
*aka* Gary Green
*aka* Gery Green
Address Unknown

Walter Terry Sprivey
405 Pollock Place
Kenner, Louisiana  70062

Wanda Talice Spivey
*aka* Wanda Talicia Sprivey
206 East Elm Street, #136
Duncan, Oklahoma  73533

Desiree Sprivey
1432 Yorktowne Drive
La Place, Louisiana 70068

Elmire Young
*aka* Elmire Mitchell Young
P.O. Box 537
Empire, Louisiana  70050

Jamie Nicole Smith
*aka* Jamie N. Smith
37313 Highway 74, Lot 110
Geismar, Louisiana  70734

Lavern Mitchell Jones
12632 Highway 23
Belle Chasse, Louisiana  70037

Mary Mitchell Robinson
4024 Indigo Drive
Harvey, Louisiana  70058

Barbara Mitchell Brown
916 Everitte Avenue
Panama City, Florida  32401

Clem Mitchell, Jr.
3466 Conley Avenue
Baton Rouge, Louisiana  70805

Ernest James Mitchell
2728 Fairfield Drive
Gretna, Louisiana  70056

Debra Ann Mitchell
111 Clara Lane
Buras, Louisiana  70041

Eleanora Mitchell Jones
*aka* Elenora Mitchell Jones
3829 Durden Street
Pascagoula, Mississippi  39567

Erma Ceola Mitchell                                    Possible Heir of Herman Mitchell, Sr.
6465 Atlanta Highway, Lot 15G
Alpharetta, Georgia  30004

Robert Lynn Mitchell                                   Possible Heir of Herman Mitchell, Sr.
7025 Wildbriar Court, Apt. E
Fort Worth, Texas  76120

Trenise Mitchell
4005 Nelson Road
Lake Charles, Louisiana  70605

SCH G, Page 9

Ervin Riley
*aka* Irvin Riley
5241 Savannah Lane
Marrero, Louisiana  70072

Ryan Riley
7039 Plaza Del Sol Drive
Houston, Texas  77083

Charlotte Riley Gabriel
*aka* Charlette Riley Gabriel
P.O. Box 576
Port Sulphur, Louisiana  70083

Tiffany Mitchell
172 Mimosa Lane
Port Sulphur, Louisiana  70083

Rozetta Riley
*aka*  Rosezetta Riley
804 Richard Street
Gretna, Louisiana  70053

Jonathan Joseph Mitchell
131 Jack Miller Boulevard
Clarksville, Tennessee  37042

Jonas Joseph Mitchell
980 Walther Boulevard #1111
Lawrenceville, Georgia  30043

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Rose Jones Coleman
Addresses Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Donas Coleman
Addresses Unknown

Unknown Owners

SCH G, Page 10

Republic Finance, LLC
Through its Registered Agent
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305
Baton Rouge, Louisiana  70809

State of Louisiana
c/o Mr. James D. Caldwell
Office of the Louisiana Attorney General
P.O. Box 94005
Baton Rouge, Louisiana 70804

Jefferson Parish
c/o The Honorable Paul D. Connick, Jr.
200 Derbigny St.
Gretna, Louisiana 70053

President
Plaquemines Parish Government
8056 Highway 23, Suite 200
Belle Chasse, Louisiana 70037

Sheriff & Ex-Officio Tax Collector
Parish of Plaquemines
302 Main Street
Belle Chasse, Louisiana  70037

Judgment against Robbie L. Russell
recorded at MOB 620/694,
Plaquemines Parish, Louisiana

Judgment against Ryan Riley
recorded at MOB 609/371,
Plaquemines Parish, Louisiana

Judgment against Ryan Riley
recorded at MOB 609/371,
Plaquemines Parish, Louisiana

Commandeering Authority

Taxing Authority

SCH G, Page 11

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 0.104 Acres of Land, more or less, situate in Parish of Plaquemines, States of Louisiana, and Mae Elvia Coleman Gross, et al |

**(b)** County of Residence of First Listed Plaintiff    Orleans
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Plaquemines
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Glenn K. Schreiber, AUSA    650 Poydras St., Suite 1600
U.S. Attorney's Office    New Orleans, LA 70130
Eastern District of Louisiana    504-680-3093

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 2   U.S. Government Defendant

☐ 3   Federal Question *(U.S. Government Not a Party)*

☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &    ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | Liability    ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 340 Marine    Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability    Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Product Liability    ☐ 371 Truth in Lending | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal    ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | Injury    Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury -    ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | Medical Malpractice    Product Liability | ☐ 790 Other Labor Litigation | | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | | |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other    ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| |    ☐ 560 Civil Detainee - | | | |
| |    Conditions of | | | |
| |    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 71A, Fed.R.Civ.P. and the 5th Amendment of the Constitution per 28 USC Sec. 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE       DOCKET NUMBER

DATE
12/15/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Glenn K. Schreiber

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.